# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:14-CR-163-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES EDWARD MCLEAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For A Court Ordered Tuberculosis Test" (Document No. 9) filed by the government on October 8, 2014. The Court believes its decision would be aided by a response.

**IT IS, THEREFORE, ORDERED** that Defendant shall file a response to the motion on or before **Tuesday, October 28, 2014**.

**SO ORDERED**.

Signed: October 21, 2014

David C. Keesler
United States Magistrate Judge