**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-163-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES EDWARD MCLEAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Amend Order" (Document No. 14) filed by the government on December 8, 2014. Having carefully considered this matter, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the "Motion To Amend Order" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's previous "Order" directing that a tuberculosis test be performed on the Defendant (Document No. 13) is hereby incorporated by reference.

**IT IS FURTHER ORDERED** that the Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System conduct the tuberculosis test on the Defendant.

**SO ORDERED**.

Signed: December 9, 2014

David C. Keesler
United States Magistrate Judge