IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-163-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JAMES EDWARD MCLEAN, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Forensic Evaluation of the Defendant (Document No. 23) filed with the Court on September 24, 2015. Without prejudice to the opportunity to make a longer filing later if needed, the Court directs that counsel for the parties file status reports of three (3) pages or less by **October 16, 2015**. These status reports should set forth what the parties believe is the appropriate procedure going forward in light of the findings of the Forensic Evaluation and the requirements of relevant case law, including *Sell v. United States*, 539 U.S. 166 (2003) and *United States v. Evans*, 404 F.3d 227 (4th Cir. 2005).

**SO ORDERED**.

Signed: October 9, 2015

David C. Keesler
United States Magistrate Judge