IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14-CR-163-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | |
| JAMES EDWARD MCLEAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Government's Status Report" (Document No. 28) filed October 16, 2015. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal Government's Status Report" (Document No. 28) is hereby **GRANTED**.

**SO ORDERED**.

Signed: October 21, 2015

David C. Keesler
United States Magistrate Judge