**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:14-CR-163-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **O R D E R** |
| **v.** | ) | |
| | ) | |
| **JAMES EDWARD MCLEAN** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion to Seal Government's Motion – Document No. 54" (Document No. 55) filed February 8, 2017 in the above-referenced matter. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

     **IT IS, THEREFORE, ORDERED** that the "Motion to Seal Government's Motion – Document No. 54" (Document No. 55) is hereby **GRANTED**.

     The Clerk is also directed to certify copies of this order to the United States Attorney.

Signed: February 9, 2017

David C. Keesler
United States Magistrate Judge