# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Docket No.:   3:14 CR 163-RJC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES EDWARD MCLEAN | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon receipt of a Forensic Evaluation dated March 17, 2017, from the Federal Correctional Institution at Butner, North Carolina. The Report concludes that Defendant is incompetent to proceed. Government and defense counsel do not object to the findings contained in the Forensic Evaluation regarding Defendant's incompetency to proceed.  As a result, the Court finds that Defendant is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and for good cause shown, it is **ORDERED** as follows:

1. Defendant is committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for treatment in a suitable facility and for further evaluation to determine whether the Defendant can attain, or has attained, competency to proceed.  The Court orders that Defendant remain at the Federal Correctional Institution at Butner, North Carolina until such time as a suitable facility is designated. The Court recommends that Defendant be committed to the Federal Medical Center at Butner for restoration of competency.

2. The custodial treatment and evaluation described above shall be "for such a reasonable period of time, not to exceed four months," as provided in 18 U.S.C. § 4241(d); and "for an additional reasonable period of time until his mental condition is so improved that [his case] may proceed, if the Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward" as provided by 18 U.S.C. § 4241(d)(2)(A).

3. The Clerk is directed to send copies of this Order to defense counsel, counsel for the Government, the U.S. Marshal, and the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: April 5, 2017

David S. Cayer
United States Magistrate Judge